THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD DINAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK POPLEES, Also Known as FRANK DAY, True Name FRANCIS W. DAY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BRICKER, Appellant. (Consolidated Appeals.) —

Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.